UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ALAN MAURICE CHILDRESS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:24-cv-00234-MTS |
| ) | |
| JOSHUA D. UNDERWOOD, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner Alan Maurice Childress's Motion to Proceed in Forma Pauperis. Doc. [2]. As indicated on the form, and as required by Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts[1], Petitioner's Affidavit in Support must be signed by an authorized official from the institution where he is confined. Consequently, the Court will deny Petitioner's Motion but will give him forty-five (45) days to either pay the $5.00 filing fee or file a renewed motion to proceed in forma pauperis. If Petitioner fails to do so in accordance with the requirements discussed herein, the Court will dismiss this action without prejudice and without further notice.

---

[1] Though Petitioner does not seek relief under 28 U.S.C. § 2254, Rule 1(b) allows the Court to apply these Rules to § 2241 petitions. *See* Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Proceed in Forma Pauperis, Doc. [2], is **DENIED** without prejudice.  No later than **Monday, March 17, 2025**, Petitioner shall either pay the $5.00 filing fee or file a proper motion to proceed in forma pauperis on the enclosed form.  The Clerk of Court shall mail to Petitioner a copy of the Court's "Motion to Proceed in Forma Pauperis" form (MOED-0038).

Dated this 31st day of January 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE